# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LAWRENCE STORY, II,
                    Appellant,
            vs.
STEPHANIE LYN NICHOLS,
                    Respondent.

No. 77938

**FILED**

MAY 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has filed a pro se letter in which he asks to cancel this appeal. The letter is treated as a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, The Second Judicial District Court
    Hon. Linda M. Gardner, Senior Judge
    David Lawrence Story, II
    Stephanie Lyn Nichols
    Washoe District Court Clerk

19-23771

